UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Application Regarding<br><br>26-224-04 | No. 1:26-mj-25<br><br>**REDACTED APPLICATION FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE, AND FOR SUBSCRIBER INFORMATION** |

The United States of America, moving by and through Assistant United States Attorney Mark Hodges, respectfully submits this application for an order pursuant to 18 U.S.C §§ 3122 and 3123, authorizing the installation and use of a pen register and trap and trace device ("pen-trap device") to record, decode, and/or capture dialing, routing, addressing, and signaling information (not to include geographic or cell site location information) associated with each communication to or from the following cell phone numbers and authorizing the disclosure of subscriber information pursuant to 18 U.S.C. §§ 2703(c)(1)(B), 2703(c)(2), and 2703(d), for any telephones contacted by, or contacting, the **TARGET CELL PHONE**, for a period of 60 days, provided, however, that such information shall not include the contents of any communication:

[redacted]

In support of this application, the United States asserts:

1. [redacted]

2. [redacted]

[redacted]

3. [redacted]

4. [redacted]).

5. [redacted]

6. [redacted]

## ADDITIONAL INFORMATION

7. [redacted]

8. [redacted]

9. [redacted]

10. [redacted].

11. [redacted]

12. [redacted]

13. [redacted]

14. [redacted]

15. [redacted]

**THE RELEVANT FACTS**

9. [redacted].

10. [redacted].

---

[redacted]

11. [redacted]

12. [redacted].

13. [redacted].

14. [redacted]

15. [redacted]

16. [redacted]

---

[redacted]

[redacted].

17. [redacted].

18. [redacted]

19. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted].

[redacted]

**GOVERNMENT REQUESTS**

37. [redacted]

38. [redacted]

39. [redacted]

40. [redacted]

41. [redacted]

[redacted].

42. [redacted].

43. [redacted].

44. [redacted].

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of September, 2026.

RONALD A. PARSONS, JR.
United States Attorney

Mark Hodges

Mark Hodges
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2346
E-Mail: mark.hodges@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

In the Matter of the Application Regarding

26-224-04

No. 1:26-mj-25

**REDACTED ATTACHMENT A**

| Facility | Account Number or identifier | Subscriber, if known | Subject of investigation, if known |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Application Regarding:<br><br>26-224-04 | No. 1:26-mj-25<br><br>**REDACTED ORDER FOR PEN REGISTER AND TRAP/ TRACE DEVICE** |

The United States of America, by and through Assistant United States Attorney Mark Hodges has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the account associated with subscriber described in Attachment A, which is incorporated into this Order by reference.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the Drug Enforcement Administration of unknown individuals in connection with possible violations of [redacted]

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that the Drug Enforcement Administration may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the account

associated with subscriber described in Attachment A, including the date, time, and duration of the communication, and the following, without geographic limit:

a. IP addresses associated with the cell phone device or devices used to send or receive electronic communications.

b. Any unique identifiers associated with the cell phone device or devices used to make and receive calls with the **TARGET CELL PHONE**, or to send or receive other electronic communications, including the ESN, MEIN, IMSI, IMEI, SIM, MSISDN, or MIN.

c. IP addresses of any websites or other servers to which the cell phone device or devices connected.

d. Source and destination telephone numbers and email addresses.

e. "Post-cut-through dialed digits," which are digits dialed after the initial call set up is completed, subject to the limitations of 18 U.S.C. § 3121(c).

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order; and, with respect to stored and transactional records, effective for the preceding sixty (60) days, from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that Verizon Wireless, Inc. and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the Drug Enforcement Administration reasonably compensate Verizon Wireless, Inc. and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that Verizon Wireless, Inc. and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and the Drug Enforcement Administration of any changes relating to the account associated with subscriber described in Attachment A, including changes to subscriber information, and to provide prior notice to the Drug Enforcement Administration before terminating or changing service to the account associated with subscriber;

IT IS FURTHER ORDERED that the Drug Enforcement Administration and the applicant have access to the information collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other times as may be acceptable to the Drug Enforcement Administration, for the duration of the Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that Verizon Wireless, Inc. and any other person or entity whose assistance facilitates execution of this Order, and their agents and employees, shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the application and this Order, the pen-trap devices, or the investigation to any person, unless and until otherwise ordered by the Court, except that Verizon

Wireless, Inc. may disclose this Order to an attorney for Verizon Wireless, Inc. for the purpose of receiving legal advice;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 2703(c)(1)(B) and (d), that the Internet and Mail Service Provider(s) revealed from the IP and email addresses captured on the pen register and trap and trace device and the IP addresses produced on the IP address history log, provide all information concerning the account assigned the specific IP and/or email addresses at the specific date and time, to include without limitation all subscriber information, caller identification/ANI information if the account is a dial up account or physical termination point if the account is Cable, DSL, ISDN, T1, and any cellular handset information such as (MEID,IMEI,MIN,MDC,MAC address) or the like;

IT IS FURTHER ORDERED that the Clerk of the Court shall provide a copy of this Order to the United States Attorney's Office, the Drug Enforcement Administration and Verizon Wireless, Inc. upon request;

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

Dated: Sept. 23, 2026

BY THE COURT:

Veronica L Duffy

VERONICA L. DUFFY
United States Magistrate Judge